# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:17-cr-198 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| COREY SHAFFER, | ) | RELEASE |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on February 1, 2022[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on October 6, 2022. The defendant admitted to the following violations:

   3. Illicit Substance Use;
   4. Failure to Comply with Substance Abuse Treatment and Testing;
   5. New Law Violation.

Violation numbers 1 and 2 were withdrawn by the government at the October 6, 2022 violation hearing.

The magistrate judge filed a report and recommendation on October 6, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release. Additionally, the defendant waived the 14-day period to file objections and requested that the Court set the sentencing hearing at its earliest convenience.

A final supervised release violation hearing was conducted on December 2, 2022. Defendant Shaffer was present and represented by Attorney Carolyn Kucharski. The

---

[1] A Superseding Violation Report was filed on October 4, 2022.

United States was represented by Assistant United States Attorney Alejandro Abreu. United States Probation Officer Ashley Frank was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release as set forth in violations numbered 3-5.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of five months with credit for time served from September 30, 2022 to the present date.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 6 months under the same terms and conditions originally imposed. The defendant is to be released into a residential drug treatment program where he will receive treatment for up to 6 months.

**IT IS SO ORDERED**.

Dated: December 2, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**